Philip A. Leider (CA Bar No. 229751)
PLeider@perkinscoie.com
Diane T. Gorczyca (CA Bar No. 201203)
DGorczyca@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: (415) 344-7000
Fax: (415) 344-7050

Attorneys for Defendant The Boeing Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, Deceased, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD STAR AVIATION, LTD., WELLS FARGO BANK NORTHWEST, N.A.; TRITON AVIATION INTERNATIONAL, LLC; TRITON AVIATION FINANCE; TRITON AVIATION INVESTMENTS, LLC; THE BOEING COMPANY; and HONEYWELL INTERNATIONAL, INC. and DOES 1 to 100, inclusive,<br><br>Defendants. | No. C 09-00359 JSW<br><br>Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DEADLINES AND PROCEEDINGS** |

Pursuant to Civil Local Rules 6 and 7-12, and Paragraph 3 of the Honorable Jeffrey S. White's Civil Standing Order, Defendant The Boeing Company ("Boeing"), Defendant Honeywell International Inc., Defendant Wells Fargo Bank Northwest, N.A., Defendant Triton Aviation Investments, LLC, Defendant World Star Aviation Services, Inc. (erroneously named as World Star Aviation, Ltd.) and Plaintiffs, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

STIPULATION AND [PROPOSED] ORDER
Case No. C 09-00359 JSW

1. WHEREAS Boeing has filed with the Judicial Panel on Multidistrict Litigation (the "Panel") a Motion to Transfer and Consolidate this case with two other actions also arising from the crash of Adam Air Flight DHI-574 off the coast of the island of Sulawesi, Indonesia (the "Accident"). A true and correct copy of Boeing's Motion to Transfer and Consolidate was filed with this court as Docket No. 13 in this action.

2. WHEREAS the courts in the other two actions arising from the Accident have both stayed further proceedings pending the Panel's resolution of the Motion to Transfer and Consolidate. True and correct copies of the stay orders in *Sumini, et al. v. The Boeing Co., et al.*, No. 09-CV-549 (N.D. Ill.), and *Wuisan, et al. v. The Boeing Co., et al.*, No. 09-CV-556 (N.D. Ill.) are appended hereto as Exhibits 1 and 2.

3. WHEREAS based upon this Court's orders, the Civil Local Rules, and the Federal Rules of Civil Procedure, certain pretrial deadlines have been set in this case that are inconsistent with the orders staying all proceedings in both the *Sumini* and *Wuisan* actions and thus with the principle purpose of multidistrict consolidation, namely to ensure consolidated and coordinated pretrial proceedings for all actions.

4. WHEREAS a stay pending the Panel's resolution of Boeing's Motion to Transfer and Consolidate is supported by case law. *See, e.g.*, *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360-61 (C.D. Cal. 1997) (holding that stay was warranted, pending resolution by the Panel of a motion to transfer and consolidate, because such a stay would conserve judicial resources and would not prejudice the parties); *Palmer v. Am. Honda Motor Co.*, No. CV 07-1904-PHX-DGC, 2008 WL 54914, at *1 (D. Ariz. Jan. 3, 2008) (same).

5. WHEREAS the parties seek to conserve judicial resources and minimize procedural complexity and will not suffer prejudice from a temporary stay of proceedings and good cause therefore exists to stay all deadlines and proceedings in this case until the Panel resolves Boeing's Motion to Transfer and Consolidate.

6. WHEREAS to the best of the parties' knowledge, the following Defendants have been served by Plaintiffs: Boeing, Honeywell International Inc., Wells Fargo Bank Northwest,

N.A., Triton Aviation Investments, LLC, and World Star Aviation Services, Inc. (erroneously named as World Star Aviation, Ltd.).

7. WHEREAS Plaintiffs and all served Defendants to the instant action hereby stipulate to a stay of all proceedings and deadlines pending the Panel's decision on Boeing's Motion to Transfer and Consolidate.

8. WHEREAS Defendants expressly do not waive, and nothing in this Stipulation shall be construed to constitute a waiver of, any defenses to this action that the Defendants may have, including, but not limited to, defenses for lack of personal jurisdiction, improper venue, forum non conveniens, and release and satisfaction.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:
All proceedings and deadlines in this matter shall be stayed pending the Panel's resolution of Boeing's pending motion to Transfer and Consolidate. Boeing shall file and service notice of the Panel's order within seven (7) days of entry of such order and, upon such notice, the court will enter an amended scheduling order in this matter.

DATED: April 7, 2009　　　　　　　　**STEINBRECHER & ASSOCIATES**

By:　/s/ Ed Steinbrecher, Esq.
　　　Ed Steinbrecher, Esq.,

16830 Ventura Boulevard, Suite B
Encino, CA 91436
Tel: (818) 528-7600
Fax: (818) 528-7620

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: April 7, 2009 | **PERKINS COIE LLP** |
| 2 | | By: /s/ Philip A. Leider |
| 3 | | Philip A. Leider |
| 4 | | Four Embarcadero Center, Suite 2400 |
| 5 | | San Francisco, CA 94111<br>Tel: (415) 344-7000 |
| 6 | | Fax: (415) 344-7050 |
| 7 | | Attorneys for Defendant<br>The Boeing Company |
| 8 | | |
| 9 | DATED: April 7, 2009 | **LOCKE LORD BISSELL & LIDDELL LLP** |
| 10 | | By: /s/ Mitchell J. Popham |
| 11 | | Mitchell J. Popham |
| 12 | | 300 S. Grand Avenue, Suite 2600 |
| 13 | | Los Angeles, CA 90071-3119<br>Tel: (213) 687-6757 |
| 14 | | Fax: (213) 341-6757 |
| 15 | | Attorneys for Defendant |
| 16 | | Wells Fargo Bank Northwest, N.A.,<br>Defendant World Star Aviation Serices, Inc. |
| 17 | | (erroneously named as World Star Aviation, Ltd.),<br>and Defendant Triton Aviation Investments, LLC |
| 18 | | |
| 19 | DATED: April 7, 2009 | **MORRISON & FOERSTER LLP** |
| 20 | | By: /s/ James W. Huston |
| 21 | | James W. Huston |
| 22 | | 12531 High Bluff Drive, Suite 100 |
| 23 | | San Diego, CA 92130-2040<br>Tel: (858) 720-5154 |
| | | Fax: (858) 720-5125 |
| 24 | | Attorneys for Defendant |
| 25 | | Honeywell International Inc. |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the foregoing stipulation of the parties, and good cause appearing, all |
| 3 | proceedings and deadlines in this matter are stayed pending the Panel's resolution of Boeing's |
| 4 | pending motion to Transfer and Consolidate. Boeing shall file and service notice of the Panel's |
| 5 | order within seven (7) days of entry of such order and, upon such notice, the court will enter an |
| 6 | amended scheduling order in this matter. |
| 7 | **IT IS SO ORDERED.** |
| 9 | DATED: __April 10__, 2009 |

_/s/ Jeffrey S. White_
Hon. Jeffrey S. White
U.S. District Judge

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 549 | **DATE** | 3/4/2009 |
| **CASE TITLE** | Sumini, et al. Vs. Boeing Co., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Counsel advised the Court that a motion has ben filed with the MDL Panel. Defendant Boeing Co.'s motion to stay deadlines and proceedings [23] is granted. The instant action is hereby ordered stayed until further order of the Court. Status hearing reset to 06/30/09. Status hearing set for 03/18/09 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Frans Errain Wuisan, et al.

                              Plaintiff,

v.                                           Case No.: 1:09-cv-00556
                                                         Honorable Marvin E. Aspen

The Boeing Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Defendaant Boeing Company's Motion to stay [35] all deadlines and proceedings in this action pending a ruling by the Judicial Panel on Multidistrict Litigation on Boeing's moton to transfer is granted. Motion terminated. The status hearing set for 4/30/09 at 10:30 a.m. to stand. The motion hearing set for 3/3/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

**EXHIBIT 2**