UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LENDO, as Personal Representative Of the Estate of BENNY LENDO, Deceased, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WORLD STAR AVIATION, et al.<br><br>Defendants. | No. C 09-00359 JSW<br><br>Hon. Jeffrey S. White<br><br>[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of Plaintiffs, JIMMY LENDO, as Personal Representative Of the Estate of BENNY LENDO, Deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of VIRA DANIEL HERRY LENSUN, Deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, Deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, Deceased, MUHAMMAD SIDIK and RUSMALA DEWI, as Co-Personal of the Estate of DINA OKTARINA, Deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact of the Estate of RATIH SEKARSARI, Deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, Deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, Deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, Deceased, to substitute Brian J. Lawler, Esq., Pilot Law, P.C., 450 B Street, Suite 1430, San Diego, CA 92101; E-mail blawler@pilotlawcorp.com, Telephone No. 619-255-2398;

No. C 09-00359 JSW
Lendo, et al. v. World Star, et al.

Facsimile No. 619-231-4984 and State Bar No.221488, as attorney of record in place and stead of Present attorney: Edward Steinbrecher, Esq. and Mark C. Lieber, Esq., STEINBRECHER AND ASSOCIATES;

is hereby [X] GRANTED      [ ] DENIED

Dated April 21, 2009

*Jeffrey S. White*
U.S. District Judge/~~U.S. Magistrate Judge~~